■ In the Matter of LOUIS T. BRINDISI, Appellant, v BARRY DONALTY, as District Attorney of Oneida County, et al., Re-

spondents.—Judgment affirmed without costs. Memorandum: Under the circumstances of this case, Supreme Court correctly dismissed the proceeding seeking a writ of prohibition *(see, Matter of McGinley v Hynes,* 51 NY2d 116, *cert denied* 450 US 918; *Matter of Forte v Supreme Ct.,* 48 NY2d 179, 183-185). We note, however, that the reappointment of Michael Daley as an Assistant District Attorney for Oneida County in 1990 violated Public Officers Law § 3 because Daley changed his residence to Herkimer County in October, 1989 *(see,* 1965 Atty Gen [Inf Opns] 84). We conclude, however, that any challenge to the right of Michael Daley to hold the office of Assistant District Attorney of Oneida County may be made in an appropriate proceeding *(see, Matter of City of Mount Vernon v State of N. Y. Bd. of Equalization & Assessment,* 92 AD2d 985, 988, *lv denied* 59 NY2d 606).

All concur. Lawton, J., concurs in result only. (Appeal from Judgment of Supreme Court, Oneida County, Parker, J.—Article 78.) Present—Doerr, J. P., Green, Pine, Lawton and Davis, JJ.